Chad W. Hagan (pro hac vice)
Christine D. Willetts (pro hac vice)
Hagan Noll & Boyle LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024

John Petriello, Esq. (JJP-6545)
Levy, Ehrlich & Petriello
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 854-6700
Attorneys for Plaintiffs
Echostar Satellite L.L.C., Echostar Technologies L.L.C.
And Nagrastar LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR LLC, a Colorado Limited Liability Company,<br><br>        Plaintiffs,<br><br>  v.<br><br>MUNID RAMKISSOON, an individual, OOTRA RAMKISSOON, an individual, and DOES 1-10,<br><br>        Defendants. | Civil Action No. 09-CV-06135-DRD-MAS<br><br><br><br><br><br>MOTION FOR LETTER ROGATORY |

TO:   Gerald J. Kelly, ESQ.
       3125 Route 10 East, Suite 2C
       Denville, New Jersey 07834
       Attorney for Defendants Munid
       Ootra Ramkisson

SIRS:

**PLEASE TAKE NOTICE** that on August 16, 2010 at 10:00 am or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs, Echostar Satellite L.L.C., Echostar Technologies L.L.C. and Nagrastar LLC shall make application to the Honorable Michael A. Shipp, U.S.M.J., at the Martin Luther King Jr. Federal Building and court House, Newark, New Jersey for an Order finding granting Plaintiffs' application for letters rogatory for the deposition and production of documents from Ravindranauth Ramdissoon and for such other relief as the Court may deem proper and just.

**PLEASE TAKE FURTHER NOTICE** that in support of the within application, Plaintiff shall rely upon the annexed Application and the exhibits annexed thereto.

        LEVY, EHRLICH & PETRIELLO
        A Professional Corporation
        Attorneys for Plaintiffs
        Echostar Satellite L.L.C.,
        Echostar Technologies L.L.C.
        and Nagrastar LLC

DATED: July 14, 2010        By:/<u>John Petriello (JJP-6545</u>

Nmltrsrogatory