Chad M. Hagan (*pro hac vice*)
Christine D. Willetts (*pro hac vice*)
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

John Petriello (JJP-6545)
LEVY, EHRLICH & PETRIELLO
60 Park Place
Newark, New Jersey 07102
Telephone: (973) 854-6700
Facsimile: (973) 596-1781

Attorneys for Plaintiffs
ECHOSTAR SATELLITE L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.
and NAGRASTAR LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MUNID RAMKISSOON, an individual, OOTRA RAMKISSOON, an individual, and DOES 1-10,<br><br>Defendants. | Civil Action No. 2:09-CV-06135-DRD-MAS<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LETTER ROGATORY AND FOR JUDICAL ASSISTANCE IN COMPELLING RAVINDRANAUTH RAMKISSOON TO GIVE TESTIMONY AND PRODUCE DOCUMENTS** |

The Application of Plaintiffs for an order for the issuance of a letter rogatory to take the deposition of Ravindranauth came on for ruling before this Court this the 12th day of August, 2010. The Court being fully advised, good cause appearing therefore, and due

1

notice having been given, finds that Ravindranauth Ramkissoon resides abroad and is a necessary and material witness in the above-entitled action.

IT IS ORDERED THAT:

A letter rogatory issue under the seal of this Court authorizing the taking of deposition of Ravindranauth whose address is 2901 Jane Street, Unit 91, Toronto, Ontario M3N 2J8, under oath or affirmation upon oral examination and requesting the assistance of the appropriate judicial authority in Ontario, Canada to compel his attendance. Counsel for either party may appear and participate at the oral deposition, if they so chose, by telephone, videoconference, or other electronic means, provided proper notice is effected and the party makes the arrangements and pays for the expenses incurred for the appearance.

DATED: _7/12/10_

_____
United States Magistrate Judge

DATED: July 14, 2010                **LEVY, EHRLICH & PETRIELLO**

By: s/ John Petriello
John Petriello (jjp-6545)
john@lep-lawyers.com
60 Park Place
Newark, New Jersey 07102
Telephone: (973) 854-6700
Facsimile: (973) 596-1781

**HAGAN NOLL & BOYLE LLC**
Chad M. Hagan (*pro hac vice*)
chad.hagan@hnbllc.com
Christine D. Willetts (pro hac vice)
christine.willetts@hnbllc.com
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

**Attorneys for Plaintiffs**